1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY CASEY,                          1:09-cv-0604 SMS  (HC)

12          Petitioner,
                                            ORDER DENYING MOTION FOR
13      vs.                                 APPOINTMENT OF COUNSEL

14  J. HARTLEY, Warden,
                                            (DOCUMENT #2)
15          Respondent.

16  _____/

17          Petitioner has requested the appointment of counsel.  There currently exists no absolute

18  right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19  479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20  cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21  of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22  Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23  justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24  HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

25

26  IT IS SO ORDERED.

27  Dated:    April 13, 2009            _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE
28